Frank WILSON, Plaintiff/Appellant,

v.

HOME DEPOT, INC., and Dave Foster, Defendants/Respondents.

No. ED 97788.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 11, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 23, 2012.

Application for Transfer Denied Dec. 18, 2012.

JoAnne S. Wilson, St. Louis, MO, for appellant.

Harry W. Wellford, Jr., Littler Mendelson, P.C., St. Louis, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ANGELA T. QUIGLESS, J.

*ORDER*

PER CURIAM.

Plaintiff, Frank Wilson, appeals from the entry of summary judgment in favor of defendants, Home Depot, Inc. and Dave Foster. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).